Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

U.S. SECURITIES AND EXCHANGE COMMISSION

      Plaintiff(s)

v.

YUHE INTERNATIONAL, INC. et al

      Defendant(s)

Civil Action: 13cv1598-RCL

**RE:** YUHE INTERNATIONAL, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 10/28/2013, and an affidavit on behalf of the plaintiff having been filed, it is this 23rd day of April, 2014 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Reginald D. Johnson
Deputy Clerk